FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF MELISSA BATES FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

O R D E R

Melissa Bates has petitioned the Court for reinstatement to active status in the State Bar of Montana. Bates was placed on inactive status on July 1, 2021, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Attached to the Petition is a letter from the State Bar stating that Bates has now completed all CLE requirements for that reporting year. The Petition states that Bates is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Melissa Bates for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Bates shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 27 day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices